197 F.3d 1059 (11th Cir. 1999)
 FREDERICK LAMAR HARRIS, DANNY CHADWICK, et al.,
Plaintiffs-Appellants,
v.
WAYNE GARNER, Commissioner of the Georgia Department of
Corrections, A. G. THOMAS, Director of Facilities Division of the
Georgia Department of Corrections, et al.,
Defendants-Appellees.
 No. 98-8899
 IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
 Dec. 6, 1999
 
 Appeal from the United States District Court for the Middle District of Georgia D.C. Docket No. 5:97-CV-79-4
 (Opinion September 30, 1999, 190 F.3d 1279, 11th Cir., 1999)
 Before ANDERSON, Chief Judge, TJOFLAT, EDMONDSON, COX, BIRCH, DUBINA, BLACK, CARNES,
 BARKETT, HULL, MARCUS and WILSON, Circuit Judges.
 
 B Y T H E C O U R T :
 
 1
 A member of this court in active service having requested a poll on the suggestions of rehearing en banc and a majority of the judges in this court in active service having voted in favor of granting a rehearing en banc,
 
 
 2
 IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.